Resue !!

Elisa Mederos
4453 79th St.
(916) 284-6146

1:15CV00912-DAP

Statment I want to object to the Settlement in case Traxler v. PPG Industries No. 1:15CV00912-DAP (ND Ohio)

I have no proff or recipts.
I spent couple $200. – $300.00
I had redo it.

Elisa Meck
7/7/17

FILED 2017 JUL 13 PM 12:42 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND