IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MATTHEW TRAXLER, ANGIE BANYAS, ALEX KINSFATHER, CHRIS MORRISON, NANCY KRESS, RICHARD CONWAY, DAVID NAEGER, SANDRA HOWARD, JOHN SCHUBACH, PAULA SULPIZIO and EDITH LACEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PPG INDUSTRIES, INC., PPG ARCHITECTURAL FINISHES, INC., and PPG ARCHITECTURAL COATINGS, LLC,<br><br>Defendants. | CASE NO.: 1:15-cv-00912-DAP<br><br>JUDGE DAN AARON POLSTER |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED
## MOTION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS

**WHEREAS**, Plaintiffs and Defendant PPG Industries, Inc. ("PPG") executed an agreement to settle this matter, subject to Court approval, on April 19, 2017;

**WHEREAS**, the Court reviewed the parties' Settlement Agreement and issued an order granting preliminary approval to it on April 27, 2017. *See* ECF No. 65;

**WHEREAS**, Section 9.1 of the Settlement Agreement provides that Plaintiffs shall request up to one-third of the Settlement Fund, or $2,166,666.67, to Plaintiffs' counsel for their attorneys' fees and expenses;

**WHEREAS**, the Settlement Agreement also provides, in Section 9.4, that Plaintiffs shall request an award of $2,000 payable to each of the eleven Plaintiffs ($22,000 total) for their work and contributions in the case;

WHEREAS, after considering Plaintiffs' motion, memorandum of law, and supporting materials (including the declaration from counsel) as well as any material(s) that may be filed in opposition thereto, the Court having concluded that Plaintiffs' request for fees, expenses, and the payment of incentive awards is reasonable, permissible under the applicable law, and in accordance with the Settlement Agreement.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiffs' Unopposed Motion for Attorneys' Fees, Expenses, and Incentive Awards to Plaintiffs is **GRANTED**.

2. The Claims Administrator shall pay Class Counsel <u>one third of $6.5 million</u> for their attorneys' fees and expenses in accordance with the Settlement Agreement.

3. The Claims Administrator shall also make an additional payment of $ <u>22,000.00</u> to Class Counsel for the incentive awards for the Plaintiffs, which amounts shall then be remitted by Class Counsel to the Plaintiffs in accordance with the Settlement Agreement.

4. All other payments and costs shall be borne as set forth in the Settlement Agreement or as agreed to by the parties.

**IT IS SO ORDERED.**

Dated: August 23, 2017

HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE